Case 1:22-cv-02414-SEG   Document 1-1   Filed 06/16/22   Page 1 of 8

Case 1:22-cv-02414-SEG   Document 1-1   Filed 06/16/22   Page 1 of 8

# EXHIBIT "A"

No. 22A01450

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**Date Summons Issued and E-Filed**
4/21/2022

**SUMMONS**

/s/ Monique Roberts

Deputy Clerk

Deposit Paid $ _____

_Georgia Department of Transportation_
_40 Capitol Sq SW Atlanta, GA 30334_
Plaintiff's name and address

☒ **JURY**

vs.

_VTS Transportation, Inc. +_
_Great West Casualty Company_
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Name _Nathan D. Hovey_
Address _40 Capitol Sq SW, Atlanta, GA 30334_
Phone Number _404-458-3483_     Georgia Bar No. _329132_

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

Defendant's Attorney _____
Address _____
Phone No. _____  Georgia Bar No. _____

Third Party Attorney _____
Address _____
Phone No. _____  Georgia Bar No. _____

**TYPE OF SUIT**

☐ Personal Injury  ☐ Products Liability
☐ Contract  ☐ Medical Malpractice
☐ Legal Malpractice  ☐ Product Liability
☒ Other

Principal $ _____
Interest $ _____
Atty Fees $ _____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
☐(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

E-file summons1-2016

STATE COURT
DEKALB COUNTY, (
4/21/2022 9:52
E-FIL

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| **GEORGIA DEPARTMENT OF TRANSPORTATION,** | * * * * | |
| **Plaintiff,** | * * | CIVIL ACTION 22A01450 <br> FILE NO. _____ |
| v. | * * | |
| **VTS TRANSPORTATION, INC. AND GREAT WEST CASUALTY COMPANY,** | * * * * | |
| **Defendants.** | * * | |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff, the Georgia Department of Transportation ("GDOT" or "the Department"), by and through counsel, Christopher M. Carr, Attorney General for the State of Georgia and files this its Complaint against the Defendants and respectfully shows this Court as follows:

### THE PARTIES

1.

GDOT is an agency of the State of Georgia created pursuant to O.C.G.A. § 32-2-1 *et seq.*

2.

Defendant VTS Transportation, Inc. ("Defendant VTS") is a California corporation. Defendant VTS may be served through their registered agent at 1382 Blue Oaks Boulevard, Roseville, CA 95678 or under the Georgia Non-Resident Motorist Act, and is subject to the jurisdiction of this Court.

3.

Defendant Great West Casualty Company ("Defendant Great West") is a foreign corporation licensed to do business in Georgia. Defendant Great West may be served through its registered agent at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092, and is subject to the jurisdiction of this Court.

4.

Pursuant to the Georgia Long-Arm Statute, venue is proper in this Court and this Court has jurisdiction over this cause of action.

## STATEMENT OF FACTS

5.

On or about April 22, 2018, Jhun Dominic Z. Aboy ("Aboy") negligently operated a tractor-trailer in DeKalb County, Georgia, resulting in a single-vehicle collision while he was traveling from the I-85 southbound exit ramp to I-285 southbound. After negotiating the curve at too high of a rate of speed, Aboy lost control of the tractor trailer, which flipped and jackknifed, causing damage to an overhead sign and guardrail owned and maintained by GDOT.

6.

The negligently-operated motor vehicle was owned by Defendant VTS, who was Aboy's employer.

## NEGLIGENT ENTRUSTMENT OF DEFENDANT VTS

7.

At all relevant times, Defendant VTS was the owner of the vehicle negligently operated by Aboy.

8.

Aboy had Defendant VTS's permission to operate the vehicle involved in this incident.

- 2 -

9.

Defendant VTS knew or should have known that Aboy was a negligent, reckless, and/or unsafe driver.

10.

Defendant VTS is liable for the property damage caused by Aboy's negligent operation of a motor vehicle under a theory of negligent entrustment.

## RESPONDEAT SUPERIOR

11.

At all relevant times Aboy was acting in the course and scope of his employment with Defendant VTS.

12.

Defendant VTS is vicariously liable for the negligence of its employee and agent Aboy under a theory of respondeat superior.

## DIRECT ACTION AGAINST DEFENDANT GREAT WEST

13.

Defendant Great West is a proper party to this action under O.C.G.A § 40-2-140 and/or O.C.G.A § 40-1-112 as the insurance carrier for the motor carrier involved in the underlying accident.

## DAMAGES

14.

As a direct and proximate result of the aforesaid negligence of Defendant VTS culminating in a collision with the property of GDOT, GDOT is owed damages in the amount of $132,200.50 for the cost of the overhead sign, guardrail, and other associated expenses.

15.

GDOT is entitled to recover said damages from Defendants in this action.

WHEREFORE, Plaintiff respectfully prays that the Court:

(a) issue judgment against Defendants in the amount of $132,200.50 together with pre-judgment and post-judgment interest;

(b) award Plaintiff its costs and expenses of bringing this suit including an award of attorneys' fees; and

(c) grant such other relief as the Court may deem appropriate.

(d) that this matter be heard by a jury.

This 20th day of April 2022.

Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| JULIE ADAMS JACOBS<br>Deputy Attorney General | 003595 |
| BROOKE HEINZ CHAPLAIN<br>Senior Assistant Attorney General | 927752 |
| ALKESH PATEL<br>Senior Assistant Attorney General | 583627 |
| /s/ Nathan D. Hovey<br>NATHAN D. HOVEY<br>Assistant Attorney General | 329132 |

**PLEASE ADDRESS ALL COMMUNICATIONS TO:**
NATHAN D. HOVEY
Assistant Attorney General
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
(404) 458-3483
nhovey@law.ga.gov

STATE COURT OF
DEKALB COUNTY, GA.
4/20/2022 3:15 PM
E-FILED
BY: Michelle Cheek

Civil Action No. **22A01450**

Date Filed **April 20th, 2022**

Superior Court ☐
State Court ☑

Georgia, DeKalb County

**Georgia Department of Transporation**

_____ Plaintiff

Attorney's Address
Nathan Hovey
40 Capitol Sq. SW
Atlanta, GA 30334

VS.

VTS Transportation

Great West Casualty Company

_____ Defendant

Name and Address of Party to be Served

Corporation Service Company on behalf of Great West Casualty Corporation

2 Sun Court, Ste. 400

Peachtree Corners, GA 30092, USA

_____ Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ of the within action and summons. _____ personally with a copy.

**NOTORIOUS** ☐ I have this day served the defendant _____ a copy of the action and summons at his most notorious place of abode in this County. _____ by leaving Delivered same into hands of _____ described as follows age, about ___ years; weight, about ___ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant **Great West Casualty Corporation** by leaving a copy of the within action and summons with **Alisha Smith** _____ a corporation in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **17** day of **May**, 20**22**

**J. Williams SO139**
DEPUTY

SHERIFF DOCKET _____ PAGE _____

STATE COURT OF
DEKALB COUNTY, GA.
5/26/2022 3:39 PM
E-FILED
BY: Monique Roberts

**General Civil and Domestic Relations Case Filing Information Form**

☒ Superior or ☐ State Court of _____DEKALB_____ County

| For Clerk Use Only | |
|---|---|
| Date Filed 4/20/2022 | Case Number 22A01450 |
| MM-DD-YYYY | |

**Plaintiff(s)**

Georgia Department of Transportation
Last / First / Middle I. / Suffix / Prefix

_____ Last / First / Middle I. / Suffix / Prefix

_____ Last / First / Middle I. / Suffix / Prefix

_____ Last / First / Middle I. / Suffix / Prefix

**Defendant(s)**

VTS Transportation Inc
Last / First / Middle I. / Suffix / Prefix

Great West Casualty Company
Last / First / Middle I. / Suffix / Prefix

_____ Last / First / Middle I. / Suffix / Prefix

_____ Last / First / Middle I. / Suffix / Prefix

Plaintiff's Attorney __Nathan Hovey__ State Bar Number __329132__ Self-Represented ☐

Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☒ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____ Case Number        _____ Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.