IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | | |
|---|---|---|---|
| GEORGIA DEPARTMENT OF TRANSPORTATION, | * * * * | | |
| Plaintiff, | * * | CIVIL ACTION FILE NO. 1:22cv2414 | |
| v. | * * | | |
| VTS TRANSPORTATION, INC. AND GREAT WEST CASUALTY COMPANY, | * * * * | State Court of DeKalb County Case No. 22A01450 | |
| Defendants. | * * | | |

**PLAINTIFF'S MOTION TO REMAND**

COMES NOW, Plaintiff, the Georgia Department of Transportation ("GDOT" or "the Department"), by and through counsel, Christopher M. Carr, Attorney General for the State of Georgia, pursuant to 28 U.S.C. § 1447(c), and moves that this matter be remanded to the State Court of DeKalb County as this Court lacks subject matter jurisdiction over this action. In support of its Motion to Remand, the Department relies on the pleadings on file.

The Department submits that this case must be remanded to the State Court of DeKalb County for two reasons, which the Court has previously addressed with respect to the Department. First, the Department is an agency of the State

of Georgia and is entitled to Eleventh Amendment immunity in this Court. *Ga. DOT v. MCC Telephony of Ga.,* No. 1:07-CV-2530-CAP, 2008 U.S. Dist. LEXIS 139265 (N.D. Ga. Jan. 14, 2008). Therefore, an action involving the Department cannot proceed in this Court without the consent of the Department. Second, the Department is not a citizen for purposes of 28 U.S.C. § 1332(a), so there is no diversity jurisdiction of citizenship to confer jurisdiction in federal court. *Id.*

Therefore, this Court lacks subject matter jurisdiction over this matter and this action should be remanded to the State Court of DeKalb County.

This 23rd day of June 2022.

Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| JULIE ADAMS JACOBS<br>Deputy Attorney General | 003595 |
| BROOKE HEINZ CHAPLAIN<br>Senior Assistant Attorney General | 927752 |
| ALKESH PATEL<br>Senior Assistant Attorney General | 583627 |
| */s/ Nathan D. Hovey*<br>NATHAN D. HOVEY<br>Assistant Attorney General | 329132 |

**PLEASE ADDRESS ALL**
**COMMUNICATIONS TO:**
NATHAN D. HOVEY
Assistant Attorney General
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
(404) 458-3483
nhovey@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, I electronically filed this MOTION TO REMAND with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record, and have mailed the document by United States Postal Service to:

Matthew R. Sessions, Esq.<br>
Kevin P. Branch, Esq.<br>
McMickle, Kurey, & Branch, LLP<br>
217 Roswell Street, Suite 200<br>
Alpharetta, GA 30009<br>
kpb@mkblawfirm.com<br>
msessions@mkblawfirm.com<br>
*Attorneys for Defendants*

This  23rd  day of June, 2022.

*/s/ Nathan D. Hovey*
NATHAN D. HOVEY         329132
Assistant Attorney General
*Attorney for Plaintiff*